IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AHMAD WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-918 |
| | : | |
| EXPERIAN INFORMATION SOLUTIONS, INC. | : : | |

# ORDER

**AND NOW**, this 6th day of November 2023, upon considering defendant's motion to dismiss (DI 11), plaintiff's opposition (DI 12), defendant's reply (DI 13), plaintiff's sur-reply (DI 14), and for reasons in the accompanying Memorandum, it is **ORDERED** defendant's motion to dismiss (DI 11) is **GRANTED**.

_____
MURPHY, J.